# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00435-CV

## In re Texas Children's Hospital

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Texas Children's Hospital filed an emergency motion for temporary relief and a petition for writ of mandamus, complaining that the trial court had denied its petition for writ of mandamus seeking relief in an underlying administrative proceeding. *See* Tex. R. App. P. 52.1, 52.10. We granted a temporary stay pending our determination of the merits of the petition. Having reviewed the petition, record, and filings by relator and the real party in interest, we dissolve our temporary stay and deny the petition for writ of mandamus. We deny relator's motion to consolidate the original proceeding with its recently filed appeal and dismiss all motions filed by the real party in interest.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Henson

Filed:   July 20, 2012